District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAWA ALI, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ANTONY J. BLINKEN, *et al.*,<br><br>                    Defendants. | Case No. 2:24-cv-00210-JLR<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>April 23, 2024 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for sixty days. Plaintiffs bring this case pursuant to the Administrative Procedure Act and Mandamus Act, *inter alia*, to compel the State Department to complete processing of their visa applications. Defendants' response to the Complaint is due on May 6, 2024. For good cause, the parties request that case be held in abeyance through July 5, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:24-cv-00210-JLR] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

The parties are diligently working towards a resolution of this case without the need for further litigation. A consular officer interviewed Plaintiff Ibrahim on April 1, 2024. Thereafter, her visa application was refused pursuant to 8 U.S.C. § 1201(g). To potentially overcome this refusal, Plaintiff Ibrahim must submit statutorily required medical documentation. Once the documentation is submitted, the consular officer will continue processing her visa application. Because these steps are necessary, the parties agree and jointly request that this case be held in abeyance until July 5, 2024, and order the parties to file a joint status report on or before July 5, 2024.

DATED this 23rd day of April, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | LAW OFFICES OF BART KLEIN |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3800<br>Fax:   (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Bart Klein*<br>BART KLEIN WSBA #10909<br>605 First Avenue South, Suite 500<br>Seattle, WA 98104<br>Phone: (206) 624-3787<br>Fax:   (206) 624-6371<br>Email:  Bart.Klein@bartklein.com |
| *Attorneys for Defendants* | *Attorney for Plaintiffs* |

**I certify that this memorandum contains 264 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:24-cv-00210-JLR] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The parties having so stipulated, the above is SO ORDERED. The parties shall file a joint status report on or before July 5, 2024.

DATED this 23rd day of April, 2024.

                                         JAMES L. ROBART
                                       United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:24-cv-00210-JLR] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800