District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAWA ALI, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ANTONY J. BLINKEN, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:24-cv-00210-JLR<br><br>STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>June 24, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiffs brought this case pursuant to the Administrative Procedure Act and Mandamus Act, *inter alia*, to compel the State Department to complete processing of their visa applications. Plaintiff's visa has been issued and this case is now moot.

//

//

//

//

//

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
[Case No. 2:24-cv-00210-JLR] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

DATED this 24th day of June, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | LAW OFFICES OF BART KLEIN |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Bart Klein*<br>BART KLEIN, WSBA #10909<br>605 First Avenue South, Suite 500<br>Seattle, WA 98104<br>Phone: (206) 624-3787<br>Fax:    (206) 624-6371<br>Email:  Bart.Klein@bartklein.com |
| *Attorneys for Defendants* | *Attorney for Plaintiffs* |

**I certify that this memorandum contains 65 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:24-cv-00210-JLR] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

It is so **ORDERED**.  The case is dismissed without prejudice, with each party to bear their own costs.

DATED this 24th day of June, 2024.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:24-cv-00210-JLR] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800